IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SANG KOO PARK, et al. | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 19-4384 |
| | : | |
| EVANSTON INSURANCE COMPANY, et al. | : | |
| Defendant | : | |

## ORDER

**AND NOW**, on this 18th day of November 2021, upon consideration of Defendants' Evanston Insurance Company and Markel Corporation Motion to Enforce a Settlement Agreement (Doc. 48) and Plaintiffs' Sang Koo Park and Bong Ho Park Response in Opposition to Defendants' Motion (Doc. 50), it is hereby **ORDERED** that:

1. Defendants' Motion to Enforce a Settlement Agreement is **GRANTED** for the reasons set out in the attached Memorandum Opinion;

2. Defendants shall pay **$65,000.00** to Plaintiffs no later than **December 3, 2021** in accordance with the settlement number they submitted to the Court on September 7, 2021;

3. Pursuant to Rule 41.1.(b) of the Local Rules of Civil Procedure of this Court, this action is **SETTLED** and **DISMISSED** without prejudice, pursuant to the agreement of counsel and with each party to bear its own costs.

BY THE COURT:

/s/ David R. Strawbridge, USMJ
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE